Kipp C. Leland (KL 0932)
HILL RIVKINS & HAYDEN LLP
45 Broadway
Suite 1500
New York, New York 10006
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EVERGREEN OUTDOORS INC.

                Plaintiffs,

     - against -

EVERGREEN AMERICA CORPORATION,
EVERGREEN MARINE CORPORATION,
EVERGREEN MARINE CORP. (TAIWAN) LTD.,
EVERGREEN INTERNATIONAL S.A., and
EVERGREEN INTERNATIONAL CORP.,
*in personam*, and the M/V EVER UNIFIC,
her engines, boilers, tackle, etc., *in rem*.

                Defendants.
------------------------------------------------------------X

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private, non-governmental party) certifiy that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

EVERGREEN OUTDOORS INC. is privately held.

Dated: New York, New York
January 28, 2007

                              HILL RIVKINS & HAYDEN
                              Attorneys for Plaintiff,

By: _____
      Kipp C. Leland (KL-0932)
      45 Broadway, Suite 1500
      New York, New York 10006
      212-669-0600