Kipp C. Leland (KL 0932)
HILL RIVKINS & HAYDEN LLP
45 Broadway
Suite 1500
New York, New York 10006
Attorneys for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EVERGREEN OUTDOORS INC.

                Plaintiffs,

- against -

EVERGREEN AMERICA CORPORATION,
EVERGREEN MARINE CORPORATION,
EVERGREEN MARINE CORP. (TAIWAN) LTD.,
EVERGREEN INTERNATIONAL S.A., and
EVERGREEN INTERNATIONAL CORP.,
*in personam,* and the M/V EVER UNIFIC,
her engines, boilers, tackle, etc., *in rem.*

                Defendants.
------------------------------------------------------------X

08-cv-920 (JSR)

**STIPULATION OF
DISMISSAL**

This matter being settled between the parties, the above-captioned action is hereby

dismissed with prejudice and without costs to any party.

Dated: New York, New York
         June 13, 2008

                                            HILL RIVKINS & HAYDEN
                                            Attorneys for Plaintiff,

                                       By: _____
                                            Kipp C. Leland (KL-0932)
                                            45 Broadway, Suite 1500
                                            New York, New York, 10006
                                            212-669-0600

CICHANOWICZ CALLAN KEANE
VENGROWN AND TEXTOR LLP
Attorneys for Defendants,

By: _____
Paul Keane (PK-5934)
61 Broadway, Suite 3000
New York, New York, 10006
212-344-7042

SO ORDERED

_____
Jed S. Rakoff, U.S.D.J.

6-13-08